# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JEANETTE CASKEY-HORD,                  :          Case No. 1:13-cv-472
                                       :
        Plaintiff,                     :          Judge Timothy S. Black
                                       :
vs.                                    :
                                       :
COMMISSIONER OF                        :
SOCIAL SECURITY,                       :
                                       :
        Defendant.                     :

## ORDER THAT: (1) THIS MATTER BE REMANDED TO THE ALJ UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g); AND (2) THIS CASE BE CLOSED

This civil action is before the Court on the parties' joint motion for remand. (Doc. 15). The parties request the Court to order remand of this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Fed. R. Civ. P. 58. Accordingly, the parties' joint request for remand (Doc. 15) is **GRANTED**.

On remand, the Appeals Council will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings, update the evidence of record (including by obtaining a mental consultative examination, if necessary), and further evaluate Plaintiff's mental impairments, including evaluating any IQ scores and whether her impairments meet or equal a listed impairment at step three.

**IT IS SO ORDERED.**

Date: 2/7/14

Timothy S. Black
United States District Judge