## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JEANETTE CASKEY-HORD,**                    **CASE NO.   1:13-cv-472**

    Plaintiff,                                   **Judge Timothy S. Black**

    **-vs-**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____


[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the parties' joint motion for remand (Doc. 15) is **GRANTED;** this matter is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g); and this case is **CLOSED** from the docket of the Court.

Date: February 7, 2014                         **JOHN P. HEHMAN, CLERK**

                                          By: _s/ M. Rogers_
                                          Deputy Clerk