UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEANETTE CASKEY-HORD, | Case No. 1:13-cv-472 |
| Plaintiff, | |
| | Judge Timothy S. Black |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES (Doc. 18)**

This case is a Social Security disability benefits appeal under which the Court entered an order and judgment reversing the final decision of the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), with remand to the Commissioner for further administrative proceedings and a new decision. (Doc. 16). By obtaining a sentence four remand, Plaintiff became a "prevailing party" under the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412(d); *Secretary v. Schaefer*, 509 U.S. 292 (1993). Seeking to be compensated for the legal expenses incurred in obtaining the remand, Plaintiff's counsel has filed a fee application pursuant to the EAJA. (Doc. 18). The Commissioner did not oppose the motion.

Therefore, the EAJA fee application (Doc. 18) is **GRANTED** and Plaintiff is **AWARDED** the sum of **$4,739.00**. This award satisfies Plaintiff's claims for fees,

expenses, and costs under 28 U.S.C. § 2412.[1]

**IT IS SO ORDERED.**

Date: 3/12/14

*Timothy S. Black* (signature)
Timothy S. Black
United States District Judge

---

[1] Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). However, if counsel for the parties can verify that Plaintiff does not owe any pre-existing debt subject to offset, Defendant shall direct the award to Plaintiff's attorney pursuant to the EAJA assignment which was signed by Plaintiff and counsel. (*See* Doc. 18 at 6).